UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LANA SUE HANSON, RICHARD A. HANSON, JANE WILJAMAA, ALAN WILJAMAA, on their own behalves and on behalf of a class of similarly situated participants and beneficiaries, and JAMES ENGLAND, DEBRA M. ENGLAND, GERALD B. MANNINEN, RITA P. MANNINEN, MICHAEL MURPHY, PAMELA S. MURPHY, PHYLLIS SODERBERG, ROBERT SODERBERG, KENNETH STUHR AND CONSUELO STUHR,<br><br>                     Plaintiff,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS SALARIED RETIREMENT PLAN; GENERAL DYNAMICS CORPORATION RETIREMENT PLAN; ALIGHT SOLUTIONS (FORMERLY KNOWN AS HEWITT ASSOCIATES LLC),<br><br>                     Defendants. | Case No. 21-cv-01122-PAM-ECW |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (Defendants) respectfully move to dismiss with prejudice all claims asserted in the Complaint (ECF No. 1) for failure to state a claim upon which relief can be granted.  In support of this Motion, Defendants

submit the accompanying Memorandum, declaration of Amanda MacPhail, and exhibits attached thereto.

Dated: September 10, 2021 By */s/ Stephen P. Lucke*
Stephen P. Lucke (#0154210)
lucke.steve@dorsey.com
Alan Iverson (#0399747)
iverson.alan@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Joseph J. Torres*
jtorres@jenner.com
Wade A. Thomson*
wthomson@jenner.com
Jennifer T. Beach*
Jbeach@jenner.com
Alexis E. Bates*
abates@jenner.com
(**Admitted pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (formerly known as Hewitt Associates LLC)*