# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Lana Sue Hanson, Richard A. Hanson, Jane Wiljamaa, Alan Wiljamaa, James England, Debra M. England, Gerald B. Manninen, Rita P. Manninen, Michael Murphy, Pamela S. Murphy, Phyllis Soderberg, Robert Soderberg, Kenneth Stuhr, Consuelo Stuhr, Gene M. Bartsch, Phyllis Bartsch<br><br>Plaintiffs,<br><br>v.<br><br>General Dynamics Corporation, Alight Solutions<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br><br>Case Number: 21-cv-01122-PAM-ECW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

These matters are **DISMISSED with prejudice**, without costs or attorney's fees to any party.

Date: 12/21/2022                                                                                  KATE M. FOGARTY, CLERK